the prosecution of this matter, including the recommended sanction of $500.00.

581 A.2d 874

IN THE MATTER OF THOMAS F. O'GORMAN, III, AN ATTORNEY AT LAW.

November 15, 1990.

ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement is granted; subject, however to the condition that respondent shall submit an annual certified audit of his trust account records for the calendar years 1990 and 1991, said audits to be filed with the Office of the Attorney Ethics within 30 days of the conclusion of each year.